# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

WALTER L. PEARSON,                          CASE NO. 1:03-cv-06334-AWI-YNP PC

               Plaintiff,       ORDER DENYING MOTIONS

   v.                                    (Doc. 34, 36, 38)

DUKE, et al.,

               Defendants.

_____/

      Plaintiff Walter L. Pearson ("Plaintiff') is proceeding pro se and in forma pauperis in this civil rights action. Before the Court are three motions from Plaintiff.

      On March 16, 2009, Plaintiff filed a motion requesting that the Court send him a copy of all the pleadings on the docket. Plaintiff claims that Defendants lost Plaintiff's copies. Plaintiff is not currently facing any deadlines and it is unclear which documents Plaintiff needs or why Plaintiff needs those particular documents.[1] The Court will not undertake the expense of sending Plaintiff a copy of every pleading on the docket in this case. Plaintiff is advised that the Court will provide

///

---

[1] The Court notes that it has received unexecuted summonses with respect to the two defendants in this action, Jones and Smith. The unexecuted summonses indicated that both Jones and Smith are no longer employed at CSP-Corcoran. In an order issued concurrently with this order, the Court will request that the California Department of Corrections and Rehabilitation ("CDCR") provide the Court with any available information regarding the current addresses of Defendants Jones and Smith. If CDCR is unable to provide this information, and Plaintiff is unable to provide the Court with any updated information on Jones' or Smith's whereabouts, this action will be dismissed pursuant to Federal Rule of Civil Procedure 4(m). See Walker v. Sumner, 14 F.3d 1415, 1421-22 (9th Cir. 1994) overruled on other grounds by Sandin v. Connor, 515 U.S. 472 (1995) (failure to provide sufficient information to facilitate U.S. Marshal's service of the complaint and summons on defendant may result in dismissal).

Plaintiff with up to 20 copies at a cost of $0.50 per page. The Court will provide Plaintiff with a copy of the docket in order in order to facilitate any request for copies.

On May 28, 2009, Plaintiff filed a motion requesting a "court ordered settlement conference." Plaintiff's request is premature. Defendants have not yet been served and there has been no opportunity to conduct discovery or file dispositive motions. Accordingly, Plaintiff's motion will be denied.

Plaintiff's December 21, 2009 motion asks the Court to rule on Plaintiff's March 16, 2009 and May 28, 2009 motions. As this order resolves those two motions, Plaintiff's December 21, 2009 motion will be denied as moot.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion requesting copies of all the pleadings in this action is DENIED;

2. The Court will direct the Clerk's Office to provide Plaintiff with a copy of the docket for this case. Plaintiff may request copies of pleadings on the docket at a cost of $0.50 per page;

3. Plaintiff's motion requesting a settlement conference is DENIED; and

4. Plaintiff's motion requesting the Court to rule on his March 16, 2009 motion and his May 28, 2009 motion is DENIED as moot.

IT IS SO ORDERED.

**Dated:** __**February 24, 2010**__          _____**/s/ Sandra M. Snyder**_____
                                          UNITED STATES MAGISTRATE JUDGE