UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER L. PEARSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MTA JONES,<br><br>　　　　　Defendant.<br>_____/ | CASE NO.   1:03-cv-6334-AWI-MJS (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR COURT ORDERED SETTLEMENT CONFERENCE<br><br>(ECF No. 49) |

　　　　Plaintiff Walter Pearson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Before the Court is Plaintiff's Request for Court Ordered Settlement Conference. (ECF No. 49.) Plaintiff claims that he made a settlement demand on the Attorney General's office and asks that the Court order the Attorney General to participate in a settlement conference.

　　　　As the Court noted in its November 15, 2010 Order, the Attorney General's Office is not a participant in this litigation. (ECF No. 53 at 2 n.1.) The only remaining Defendant is MTA Jones.  The Attorney General's Office has not been retained to represent MTA Jones.  Thus, the Court has no jurisdiction over the Attorney General's office in this case.

　　　　Accordingly, Plaintiff's Request for Court Ordered Settlement Conference is **DENIED**.

IT IS SO ORDERED.

Dated:   November 16, 2010　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE