# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER L. PEARSON,<br><br>    Plaintiff,<br><br>v.<br><br>MTA JONES, et al.,<br><br>    Defendants.<br>_____/ | CASE NO.   1:03-cv-06334-AWI-MJS (PC)<br><br>ORDER DENYING MOTION FOR DEFAULT JUDGMENT AS MOOT<br><br>(ECF No. 61) |

Before the Court is Plaintiff's Motion for Default Judgment. (ECF No. 61.) On February 22, 2011, the Court set aside the entry of default as to Defendant Jones. (ECF No. 63.) Accordingly, Plaintiff's Motion for Default Judgment is moot and is hereby DENIED.

IT IS SO ORDERED.

Dated:   March 4, 2011

CHIEF UNITED STATES DISTRICT JUDGE