# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER L. PEARSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DUKE, et al.,<br><br>　　　　　Defendants.<br>_____ / | CASE NO.   1:03-cv-6334-AWI-MJS (PC)<br><br>ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO OBEY A COURT ORDER<br><br>(ECF No. 69)<br><br>RESPONSE DUE BY AUGUST 15, 2011 |

　　　Plaintiff Walter L. Pearson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On May 4, 2011, the Court issued a Second Order for Consent or Request for Reassignment, pursuant to which Plaintiff was to consent or decline jurisdiction by a Magistrate Judge.  (Order, ECF No. 69.)  Plaintiff was to respond to the Order within thirty days.  (Id.)  Thirty days have since passed, and Plaintiff has failed to file a response to this Order.

　　　Accordingly, Plaintiff is ORDERED to consent or decline jurisdiction by a Magistrate Judge, or request for reassignment by **August 15, 2011**.

　　　**Failure to comply with this Order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   July 20, 2011　　　　　　　　　／s／ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE